MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way
Gold River, CA 95670
Telephone: 916-732-7150
Attorneys for Defendant
Andre Walters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ANDRE WALTERS,<br><br>            Defendant. | Case No.: 2:12 CR 375 TLN<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |

On or about November 14, 2012, Mr. Andre Walters was arrested in Southern California on a warrant originating in the Eastern District of California. After review by the Court Mr. Walters was released on an unsecured $10,000 bond, co-signed by Vincent Bolin.

Mr. Walters has been on supervision for the past three and half (3 1/2) years without violation.

Mr. Bolin wishes to be removed from the bond. Counsel for Mr. Walters and counsel for the United States agree that it would be appropriate to remove Mr. Bolin from the bond and have Mr. Walters remain on Pretrial Services Supervision as the sole signatory on the $10,000 unsecured bond. Pretrial Services has no objection.

**STIPULATION**

Therefore, Plaintiff, United States, and Defendant, Andre Walters, through his undersigned counsel, hereby stipulate and agree that the Court should modify the unsecured bond

1

to remove Mr. Vincent Bolin and have Mr. Walters remain under pretrial supervision as the sole signatory for the $10,000 unsecured bond.

All other previously imposed conditions of pretrial release should remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: November 4, 2015         BENJAMIN B. WAGNER
                                United States Attorney

                                By /s/ Jared Dolan
                                JARED DOLAN
                                Assistant U.S. Attorney


DATED: November 4, 2015         The CHASTAINE LAW OFFICE


                                By /s/ Michael Chastaine
                                MICHAEL CHASTAINE
                                Attorney for Defendant
                                Andre Walters

**ORDER**

**IT IS SO ORDERED. Good Cause Appearing,** it is hereby ordered that Mr. Vincent Bolin be removed from the unsecured bond and Mr. Andre Walters remain under pretrial supervision as the sole signatory for the $10,000 unsecured bond.

All other previously imposed conditions of pretrial release should remain in full force and effect.

Dated:  November 5, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE