PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>ANDRE ANTONIO WALTERS,<br><br>             Defendant. | CASE NO. 2:12-CR-00375 TLN<br><br>**STIPULATION AND ORDER RE EARLY PRODUCTION OF GRAND JURY TESTIMONY, JENCKS ACT MATERIAL, AND IMPEACHMENT MATERIAL**<br><br>Date:    August 2, 2016<br>Judge:  Honorable Troy L. Nunley<br>Place:   Courtroom 2, 15th Floor |

### STIPULATION

The United States, through Assistant United States Attorneys Jared C. Dolan and Matthew M. Yelovich, and the defendant, Andre Antonio Walters, through his counsel of record Michael L. Chastaine, hereby stipulate to the following:

1. This matter is currently set for trial before this Court on August 2, 2016 on Counts 17–20 of the Indictment.

2. To the extent that any of the witnesses who the United States will call in its case-in-chief have previously testified before the Grand Jury regarding the subject-matter of their testimony, the transcripts of their testimony would fall within the provisions of the Jencks Act, 18 U.S.C. § 3500, *et seq*.

3. In order to facilitate the efficient presentation of evidence by both parties, the parties believe it is in the interests of justice to permit early disclosure of any Grand Jury testimony subject to the Jencks Act.

4. Moreover, the United States is in possession of other materials that fall within the provisions of the Jencks Act, and intends to provide those materials to the defendant early under the authority of the attached proposed Order.

5. Further, the United States is in possession of other materials currently sealed by order of the Court that the government is required to provide to defense counsel pursuant to its responsibilities under Giglio v. United States.

6. Accordingly, the parties hereby agree that pursuant to Rule 6(e)(3)(E)(1) of the Federal Rules of Criminal Procedure and upon order of the Court, a proposed version of which is attached, the United States shall be permitted to produce to counsel for the defendant (1) a copy of any Grand Jury testimony; (2) any other prior statement that falls within the provisions of the Jencks Act of any witness that the United States intends to call as a witness in its case-in-chief; (3) any sealed materials relevant to impeachment of government witnesses pursuant to Giglio v. United States.

7. The parties further agree and stipulate that any such Grand Jury transcripts, prior statements, and sealed materials produced by the United States shall be used only with respect to the above-captioned criminal trial, and counsel for the defendant shall not disclosure or provide copies of such transcripts or statements, or summaries of their contents, to any individuals other than the defendant or any individuals that counsel has retained for the defense in this case.  Nothing in this provision limits the ability of counsel to use the transcripts, or portions thereof, in official proceedings before this Court, including trial.

IT IS SO STIPULATED.

Dated:  July 13, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Jared C. Dolan*
JARED C. DOLAN
MATTHEW M. YELOVICH

1                                     Assistant United States Attorneys

2 Dated: July 13, 2016

3                                  */s/ Michael L. Chastaine*

4                                 MICHAEL L. CHASTAINE
                                  For Defendant Andre Walters

Stipulation re: Grand Jury Transcripts, Early Jencks Act Material, and Impeachment Material     3

**ORDER**

This matter came before the Court on the parties' Stipulation for Early Production of Grand Jury Testimony, Jencks Act Material, and Impeachment Material Pursuant to <u>Giglio v. United States</u>. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ORDERS THAT, pursuant to Rule 6(e)(3)(E)(1) of the Federal Rules of Criminal Procedure, the United States is permitted to produce to defendant copies of the transcripts of any Grand Jury testimony, any material subject to the Jencks Act, and impeachment material pursuant to <u>Giglio v. United States</u> that is currently under seal, for any witness the United States presently intends to call as a witness at trial.

IT IS SO ORDERED.

Dated: July 19, 2016

_____
Troy L. Nunley
United States District Judge