1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JARED C. DOLAN
   MATTHEW M. YELOVICH
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | CASE NO. 2:12-CR-00375 TLN

12 |            Plaintiff,       | STIPULATION AND [PROPOSED] PROTECTIVE ORDER

13 |     v.                      |

14 | ANDRE ANTONIO WALTERS,      |

15 |            Defendant.       |

16

17
        WHEREAS on July 19, 2016, the Honorable Troy L. Nunley entered an Order allowing for early
18
   disclosure of material under the Jencks Act and other sealed material to the defendant relevant to
19
   impeachment of potential government witnesses;
20
        WHEREAS, the government has certain safety concerns regarding potential witnesses and the
21
   disclosure of said materials;
22
        WHEREAS, the parties agree that entry of a stipulated protective order is appropriate, and that a
23
   private agreement is not appropriate in light of the nature of the information at issue; and
24
        WHEREAS, the defendant has counsel ("Defense Counsel") who wishes to have the opportunity
25
   to review the materials at issue;
26
        Defendant ANDRE ANTONIO WALTERS and plaintiff United States of America, by and
27
   through their counsel of record, hereby agree and stipulate as follows:
28

   Stipulation & [Proposed] Protective Order          1

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

2. This Order pertains to materials disclosed pursuant to the July 19, 2016 Order of the Honorable Troy L. Nunley in Case No. 2:12-cr-375 TLN (herein, "protected material").

3. Defense Counsel shall not disclose any of the protected material to any person other than their respective client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of their respective client. However, at no time shall defendant be permitted to review the protected material outside of the presence of Defense Counsel or Defense Counsel's partners, associates, or employees as designated by Defense Counsel, and Defense Counsel or his/her designee shall not leave any of the protected material with defendant at any location.

4. The protected material and information therein may only be used in connection with the litigation of this case and for no other purpose. Defense Counsel will return the protected material to the Government or certify that it has been shredded at the conclusion of the case, to include any appeal, and/or collateral attack.

5. Defense Counsel will store the protected material in a secure place, such as Defense Counsel's private office, and will use reasonable care to ensure that it is not disclosed to third persons or their respective client in violation of this agreement.

6. If Defense Counsel releases custody of any of the protected material, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the protected material and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the protected material may constitute a violation of law and/or contempt of court.

7. In the event that defendant obtains substitute counsel, undersigned Defense Counsel agrees not to disclose any protected material to successor counsel absent a court order that a) Defense Counsel be relieved, b) successor counsel be appointed, and c) all discovery be turned over to successor counsel.

8. Defense Counsel shall be responsible for advising their client, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated: July 19, 2016                                    Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

                                      By:     /s/  Matthew M. Yelovich
                                                JARED C. DOLAN
                                                MATTHEW M. YELOVICH
                                                Assistant U.S. Attorneys


                                                By:     /s/ Michael Chastaine
                                                MICHAEL CHASTAINE
                                                Counsel for ANDRE ANTONIO WALTERS


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE