1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JARED C. DOLAN
   MATTHEW M. YELOVICH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7



FILED
AUG 3 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 2:12-CR-375 TLN

12                 Plaintiff,             ORDER PURSUANT TO
                                          18 U.S.C. §§ 6002–6003 GRANTING IMMUNITY
13       v.                               AND REQUIRING TESTIMONY – SHANELL
                                          GREEN
14  ANDRE ANTONIO WALTERS,

15                 Defendant.

16

17

18       NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Shanell Green give

19  testimony or provide other information which she refuses to give or to provide information with respect

20  to her knowledge concerning the application for and receipt of unemployment insurance benefits in

21  connection with the charged fraud scheme in the above-referenced case, in this case on the basis of her

22  privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

23       IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

24  or any information directly or indirectly derived from such testimony or other information, shall be used

25  against Shanell Green in any criminal case, except that Shanell Green shall not be exempted by this

26  order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

27  comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

28

Order re: Immunity and Requiring Testimony             1

IT IS SO ORDERED.

DATED: ___August 3___, 2016

_____
HON. ~~TROY~~ L. NUNLEY
United States District Judge