PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE ANTONIO WALTERS,<br><br>Defendant. | CASE NO. 2:12-CR-375 TLN<br><br>**ORDER PURSUANT TO 18 U.S.C. §§ 6002–6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – NEHEMIAH MENDOZA** |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Nehemiah Mendoza give testimony or provide other information which he refuses to give or to provide information with respect to his knowledge concerning the application for and receipt of unemployment insurance benefits in connection with the charged fraud scheme in the above-referenced case, in this case on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Nehemiah Mendoza in any criminal case, except that Nehemiah Mendoza shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise

1 failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C.
2 § 6002.
3     IT IS SO ORDERED.
4     DATED: _____August 3_____, 2016

HON. TROY L. NUNLEY
United States District Judge