1 | PHILLIP A. TALBERT
United States Attorney
2 | JARED C. DOLAN
MATTHEW M. YELOVICH
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00375 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| ANDRE ANTONIO WALTERS, | |
| Defendant. | |

## **STIPULATION**

The United States, through Assistant United States Attorneys Jared C. Dolan and Matthew M. Yelovich, and the defendant, Andre Antonio Walters, through his counsel of record Michael L. Chastaine, hereby stipulate to the following:

1. By previous order, this matter was set for sentencing on May 4, 2017.

2. By this stipulation, the parties now move to continue sentencing until June 15, 2017, at 9:30 a.m.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.

Stipulation and Order                                     1

| | | |
|---|---|---|
| Dated: April 25, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | */s/ Matthew M. Yelovich* |
| | | JARED C. DOLAN<br>MATTHEW M. YELOVICH<br>Assistant United States Attorneys |
| Dated: April 25, 2017 | | |
| | | */s/ Michael L. Chastaine* |
| | | MICHAEL L. CHASTAINE<br>For Defendant Andre Walters |

## **ORDER**

IT IS SO ORDERED this 25th day of April, 2017.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order  2