IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDRE WALTERS, <br><br> Defendant. | CASE NO. 2:12-CR-00375-TLN <br><br> ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Notice of Request to Seal (ECF No. 283), IT IS HEREBY ORDERED that both Defendant's Formal Objections to the Presentence Report (ECF No. 280) pertaining to Defendant Andre Walters and Defendant's Request to Seal (ECF No. 283) shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990) and In re Copley Press, Inc., 518 F.3d 1022, 1028 (9th Cir. 2008). The Court finds that, for the reasons stated in Defendant's Request to Seal, sealing Defendant's Formal Objections to the Presentence Report and Defendant's Request to Seal serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.

////

1

The Court finds that there are no additional alternatives to sealing Defendant's Formal Objections to the Presentence Report and Defendant's Request to Seal that would adequately protect the compelling interests identified by Defendant.

Dated: May 3, 2017

_____
Troy L. Nunley
United States District Judge