IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRE WALTERS,<br><br>　　　　　　　Defendant. | CASE NO. 2:12-cr-00375-TLN<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN THE GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Notice of Request to Seal (ECF No. 284) and Section B of the government's Statement in Support of Defendant's Request to Seal, IT IS HEREBY ORDERED that Section B of the government's Statement in Support of Defendant's Request to Seal, as well as Exhibits A and B to that same filing, shall be SEALED until further order of this Court. Section A of the government's Statement in Support of Defendant's Request to Seal shall be filed publicly.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990) and In re Copley Press, Inc., 518 F.3d 1022, 1028 (9th Cir. 2008). The Court finds that, for the reasons stated in the government's Request to Seal and Section B of the government's Statement in Support of Defendant's Request to Seal, sealing Section

1

B of the government's Statement in Support of Defendant's Request to Seal, as well as Exhibits A and B to that same filing, serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.

The Court finds that there are no additional alternatives to sealing Section B of the government's Statement in Support of Defendant's Request to Seal, as well as Exhibits A and B to that same filing, that would adequately protect the compelling interests identified by the government.

Dated: May 9, 2017

Troy L. Nunley
United States District Judge