PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00375 TLN |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENT AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| ANDRE ANTONIO WALTERS, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that Attachment A to the government's Response to Formal Objections and Sentencing Memorandum shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in Oregonian Publ'g Co. v. United States Dist. Court, 920 F.2d 1462 (9th Cir. 1990), and progeny. The Court finds that, for the reasons stated in the government's Request to Seal, sealing Attachment A to to the government's Response to Formal Objections and Sentencing Memorandum serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. Finally, the Court further finds that there are no additional alternatives to sealing Attachment A to the

government's Response to Formal Objections and Sentencing Memorandum that would adequately protect the compelling interests identified by the government.

Dated: June 15, 2017

THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE