IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDRE ANTONIO WALTERS,<br><br>          Defendant. | CASE NO.: 2:12-cr-00375-TLN<br><br>ORDER GRANTING REQUEST FOR TRANSCRIPT |

     Counsel for Defendant Andre Walters requested a transcript of a July 28, 2016, in camera hearing, at which both Defendant and Defendant's then current counsel were present. The transcript of the in camera hearing is sealed. Standard practice for this Court in criminal matters, pursuant to Local Rule 141(b), is to limit access to documents that are sealed to the government and counsel for Defendant. Where Defendant's counsel is requesting the transcript of the hearing, the Court finds providing the transcript would not harm any of the interests identified in the Court's decision to seal.

     The Court directs the court reporter to prepare the transcript of the sealed in camera hearing held on July 28, 2016, and to provide a copy of that transcript to Defendant's counsel of record, Alexis Haller. The Court orders the transcript to otherwise remain sealed unless and until Defendant relies on the transcript in his appeal before the Court of Appeals for the Ninth Circuit.

     IT IS SO ORDERED.

Dated: August 16, 2017

                                                           Troy L. Nunley<br>                                                           United States District Judge

1