Alexis Haller SBN 201210
LAW OFFICE OF ALEXIS HALLER
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for ANDRE ANTONIO WALTERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANDRE ANTONIO WALTERS,<br><br>　　　　　　　　Defendant. | Case No. 2:12-CR-375 TLN<br><br>**STIPULATION AND ORDER TO PERMIT DEFENDANT ANDRE WALTERS'S APPELLATE COUNSEL TO ACCESS SENTENCING DOCUMENTS FILED UNDER SEAL** |

　　　　Plaintiff United States of America and defendant Andre Antonio Walters, by and through their respective counsel of record, hereby stipulate as follows:

　　　　1.　　Mr. Walters is represented in the United States Court of Appeals for the Ninth Circuit (Case No. 17-10266) by Alexis Haller. Mr. Haller did not represent Mr. Walters during trial and sentencing proceedings in this Court.

　　　　2.　　In connection with Mr. Walters's sentencing, both parties filed documents under seal. *See* Docket Nos. 287-289, 299-300. To adequately represent Mr. Walters on appeal – including with respect to the preparation of Excerpts of Record required under Ninth Circuit Rule 30-1 and 30-1.6(c) – Mr. Haller needs a filed copy of the under seal filings. The United States does not oppose Mr. Haller

gaining access to the under seal material for purposes of the aforementioned appeal, with the understanding that all such materials remain under seal in the District Court.

3. Based upon the foregoing, the parties agree that Mr. Haller should be provided access to the materials filed under seal in connection with Mr. Walters's sentencing. The parties further agree that all such materials should otherwise remain under seal in this Court.

IT IS SO STIPULATED.

Dated: November 8, 2017

PHILLIP A. TALBERT

United States Attorney

/s/ MATTHEW M. YELOVICH
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorneys

Dated: November 8, 2017

/s/ ALEXIS HALLER
ALEXIS HALLER
Counsel for Defendant
ANDRE WALTERS

## ORDER

Based upon the foregoing, the Court orders that defendant Andre Walters's appellate counsel, Alexis Haller, be given access to the materials filed under seal in connection with Mr. Walters's sentencing. Filed copies of Docket Nos. 287, 288, 289, 299 and 300 shall be transmitted electronically by the Clerk of Court to Mr. Haller within seven (7) days of this Order. The Court further orders that all such materials shall otherwise remain under seal.

IT IS SO FOUND AND ORDERED this 8th day of November, 2017.

Troy L. Nunley
United States District Judge