MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRE ANTONIO WALTERS,<br><br>    Defendant. | CASE NO. 2:12-CR-00375 TLN<br><br>**STIPULATION AND ORDER RE UNSEALING PREVIOUSLY SEALED MATERIALS** |

## STIPULATION

The United States, through Assistant United States Attorney Matthew M. Yelovich, and the defendant, Andre Antonio Walters, through his counsel of record Alexis Haller, hereby stipulate to the following:

1. This matter is currently on appeal. *See United States v. Walters*, C.A. No. 17-10266 (9th Cir.).

2. Several of the docket filings in this case were sealed prior to judgment at the parties' request due to the protective order into which the parties had entered. Specifically, docket entries 288 and 289 were filed under seal.

3. The need for sealing these specific documents has ended. This investigation and case

1

have ended, thereby lessening some of the concerns animating sealing in the first place, and the parties wish for these documents to be unsealed so as to refer to them in open briefing in the Ninth Circuit during the ongoing appeal. The documents in question are (1) a transcript of grand jury testimony, and (2) memoranda of interviews conducted during the investigation of this case. The government has apprised counsel for the witness whose statements are contained in these filings that these entries will be unsealed.

4. Accordingly, the parties hereby respectfully request that this Court enter an order UNSEALING docket entries 288 and 289, as the need for sealing has ended.

IT IS SO STIPULATED.

Dated: July 17, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Matthew M. Yelovich*
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: July 17, 2018

*/s/ Alexis Haller*
ALEXIS HALLER
For Defendant Andre Walters

**ORDER**

This matter came before the Court on the parties' Stipulation for UNSEALING certain docket entries in this case. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ORDERS THAT the documents filed at docket entries 288 and 289 are hereby UNSEALED.

IT IS SO ORDERED.

Dated: July 18, 2018

_____
Troy L. Nunley
United States District Judge