PHILLIP A. TALBERT
United States Attorney
CHRISTINA M. McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00375-TLN-AC |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| ANDRE ANTONIO WALTERS, | |
| Defendant. | |

On January 28, 2022, the Government requested an extension of time to February 11, 2022, to file its response or motion to dismiss defendant's motion for reconsideration. Docket No. 274.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due February 11, 2022.

Dated: January 31, 2022

_____
Troy L. Nunley
United States District Judge

1