UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ANDRE ANTONIO WALTERS,<br><br>Movant. | No. 2:12-cr-0375 TLN AC P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 352. He has also filed a motion to amend the petition. ECF No. 369. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

////

////

1

The Clerk of Court shall serve a copy of this order, together with a copy of movant's motion and the motion to amend (ECF Nos. 352, 369), on the United States Attorney or his authorized representative.

DATED: July 12, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE