UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ANDRE ANTONIO WALTERS,<br><br>Movant. | No. 2:12-cr-00375-TLN-AC<br><br><br><br>**ORDER** |

Movant Andre Antonio Walter ("Movant"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 4, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 390.) Neither party filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 390) are ADOPTED IN FULL;

2. The motion to vacate under 28 U.S.C. § 2255 (ECF No. 352) is DENIED;

3. The government's motion to dismiss (ECF No. 388) is GRANTED;

4. Movant's motion to amend (ECF No 369) is DENIED as moot; and,

5. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Date: November 8, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2